```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
              CRIMINAL DOCKET PARTY INFORMATION FOR CASE A01-0078--CR (JWS)
                             "USA V PATRICK CREEDON"
                             DEF 1.1 CREEDON, PATRICK

              Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 05/02/01
            Closed: 08/03/01
No. of Defendants: 1
   MJ Case Number:
               AKA:
   Location status: Released on Bond
        Trial date:
        Terminated: YES
Needs interpreter: NO
Counsel of record: Thomas Burke Wonnell
                   2600 Denali Street, Suite 460
                   Anchorage, AK 99501
                   907-276-8008
                   FAX 907-278-8571
                   Serve: YES
                    Type: CJA
                    Role: Other


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Audrey J. Renschen
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 CREEDON, PATRICK

Document           Count    Citation and Description                              Disposition
--------           -----    ------------------------                              -----------
   1 -   1 INF       1      21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE     Sentenced
                            A CONTROLLED SUSTANCE, COCAINE (F)                    (9-1)
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CRIMINAL DOCKET ENTRIES FOR CASE A01-0078--CR (JWS)
                    "USA V PATRICK CREEDON"

                       For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed: 05/02/01
           Closed: 08/03/01
No. of Defendants: 1


Document #  Filed     Docket text

     1 -  1  05/02/01  [Re: DEF 1] PLF 1 Information.

     2 -  1  05/02/01  [Re: DEF 1] PLF 1 Plea Agreement.

     3 -  1  05/21/01  [Re: DEF 1] JWS Minute Order setting arr and EOP for 5/23/01 at 4:00
                       p.m. cc: USA, T. Wonnell, USM, USPO

     4 -  1  05/24/01  DEF 1 Waiver of indictment.

     5 -  1  05/24/01  [Re: DEF 1] JWS Court Minutes [ECR: Bonnie Boyer] re: arr/EOP held
                       5/23/01; def pled guilty to ct 1 of Info; IOS set 8/2/01 at 8:00 a.m.;
                       def to self-surrender by 10 a.m. on 5/24/01. cc: USA, T. Wonnell, USM,
                       USPO, MJ, JC

     6 -  1  07/19/01  DEF 1 Sentencing Memorandum.

     7 -  1  07/26/01  [Re: DEF 1] PLF 1 Sentencing Memorandum.

     8 -  1  08/02/01  [Re: DEF 1] JWS Court Minutes [ECR: Denali Elmore] re: IOS held 8/2/01;
                       plea agreement accepted; def sentenced to 33 mos in prison; 36 mos SR;
                       $100.00 SA; ct 1 of SIndt in A01-0038 CR (JWS) dism. cc: A01-038 CR

     9 -  1  08/03/01  [Re: DEF 1] JWS Judgment pleaded guilty to ct 1 of the Info (1-1); def
                       sentenced to 33 mos in prison; 36 mos SR; $100.00 SA. cc: USA, T.
                       Wonnell, Def w/cnsls cy, USM, USPO, FLU, MJ Branson

    10 -  1  08/14/01  [Re: DEF 1] Partial Transcript re: IOS held 8/2/01.

    11 -  1  10/09/01  Return of judgment executed 9/6/01.

  NOTE -  1  02/15/05  [Re: DEF 1] Issued WOA on 2/14/05.

  NOTE -  2  02/15/05  [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/15/05 @ Palmer,
                       AK.

    12 -  1  02/15/05  [Re: DEF 1] JWS Order & pet for revoc of SR; pet referred to MJ Roberts
                       for I/A/prel hrg; evid hrg before MJ Roberts only upon consent. cc: USA,
                       USM, Def w/USM cy, USPO, MJ Roberts

    13 -  1  02/16/05  [Re: DEF 1] JDR Court Minutes [ECR: Linda Christensen] re I/A on Pet to
                       Revoke SR (held 2/16/05); Fin Aff FLD; T. Burke Wonnell re-appointed as
                       CJA cnsl; def denied allegs 1-3; def cnsl to file pleading by end of
                       week advising if def will waive right to evid hrg before USDJ; waiver
                       form given to def cnsl; def detained; Order of Det FLD; PO Charlene
                       Wortman not available for evid hrg on Feb 24 or 25, 2005.  cc: USA, T.
                       WONNELL, USM, USPO, Judge Sedwick, FPD CJA Clerk

    14 -  1  02/16/05  DEF 1 Financial Affidavit.
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                   CRIMINAL DOCKET ENTRIES FOR CASE A01-0078--CR (JWS)
                                "USA V PATRICK CREEDON"

                                  For all filing dates
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 15 - | 1 | 02/16/05 | [Re: DEF 1] JDR Order of Detention.  cc: USA, T. WONNELL, USM, USPO |
| 16 - | 1 | 02/16/05 | [Re: DEF 1] Return of WOA executed on 2/15/05. |
| 17 - | 1 | 02/17/05 | [Re: DEF 1] CJA appointment of T. Burke Wonnell. |
| 18 - | 1 | 02/18/05 | DEF 1 Notice of intent to admit violations. |
| 19 - | 1 | 02/22/05 | [Re: DEF 1] JWS Minute Order setting disposition hrg on pet to revoke SR on 2/24/05 @ 10:00 a.m..  cc: USA, T. Wonnell, USM, USPO, MJ Roberts |
| 20 - | 1 | 02/23/05 | DEF 1 Disposition Memorandum. |
| 21 - | 1 | 02/24/05 | [Re: DEF 1] JWS Court Minutes [ECR: Caroline Edmiston] re: evid & disposition hrg on pet to revoke SR held 2/24/05; admitted allegations 1-3; sentenced to 4 mos impr; 24 mos SR; def remanded to USM. cc: USA, T. Wonnell, USM, USPO, MJ Roberts |
| 22 - | 1 | 02/24/05 | [Re: DEF 1] JWS Judgment (Amended) for revoc of SR; sentenced to 4 mos impr; def remanded to USM; 24 mos SR. cc: USA, T. Wonnell, Def w/cnsls cy, USM, USPO, MJ Roberts |
| 23 - | 1 | 04/08/05 | {SEALED} |
| 23 - | 2 | 04/18/05 | {SEALED} |
| 24 - | 1 | 06/30/05 | USM Return of judg on DEF 1; def delivered 4/14/05 to BOP @ Sea-Tac. |
| NOTE - | 3 | 11/07/05 | [Re: DEF 1] Issued WOA. |
| 25 - | 1 | 11/07/05 | [Re: DEF 1] JWS Order and petition for warrant for offender under SR; WOA to be issued; matter referred to MJ. cc: USA, USM, USPO, def w/USM cy, MJ Roberts |
| NOTE - | 4 | 11/22/05 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 11/21/05. |
| 26 - | 1 | 11/23/05 | [Re: DEF 1] JDR Court Minutes [ECR: April Karper] re I/A on Pet to Revoke SR (held 11/23/05); M. Wonnel accepted appt; cont appear on pet to revoke SR at dkt #25 set for 2/22/06 at 9:30 a.m.; plt's oral mot to hold case in abeyance for 90 days granted; plt's oral mot to rls the def w/conditions granted; cc: USA, FPD-CJA, USM, USPO, Judge Sedwick. |
| 27 - | 1 | 11/23/05 | [Re: DEF 1] Financial Affidavit. |
| 28 - | 1 | 11/23/05 | [Re: DEF 1] Appearance bond set in the amt of $1,000.00 unsecured. |
| 29 - | 1 | 11/23/05 | [Re: DEF 1] Order setting conditions of release re bond set at $1,000.00 unsecured. cc; USA, T. Wonnell, USM, USPO |
| 30 - | 1 | 11/23/05 | [Re: DEF 1] Copy of JDR Order of Release re def released 11/23/05. cc: USA, B. Wonnell, USM, USPO |