DEBORAH SMITH
Acting United States Attorney

AUDREY RENSCHEN
Assistant United States Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-cr-078-JWS |
| | ) | |
| Plaintiff, | ) | **MOTION TO CALENDAR** |
| vs. | ) | **EVIDENTIARY AND** |
| | ) | **DISPOSITION HEARING FOR** |
| | ) | **PETITION TO REVOKE** |
| PATRICK CREEDEN, | ) | **SUPERVISED RELEASE** |
| | ) | |
| Defendant, | ) | |
| | ) | |

COMES NOW the United States of America, by and through its counsel, and moves the court to calendar an evidentiary and disposition hearing for the defendant's  outstanding petition to revoke supervised release.

Creeden initially appeared on the petition on 11-23-05, and pursuant to an oral agreement among the parties, the hearing on the matter was delayed for 90 days, and the defendant was released under the same conditions, with the understanding that if he was compliant during that time frame, the petition would be dismissed.  Another hearing was scheduled for February 22, 2006, at 9:30am

before Magistrate Judge Roberts, to determine whether Creeden had been compliant.

On February 22, 2006, the parties appeared as scheduled, with the expectation that the petition would <u>not</u> be dismissed, because Mr. Creeden had not been compliant.  However, for some reason the case had not been scheduled on the court's calendar, and Magistrate Judge Roberts was not available.

The United States has been in contact with both attorney Burke Wonnell, and probation officer Charlene Wortman, and it appears as though this matter can now be resolved with an agreed-upon disposition to the petition to revoke, but that agreement will require another court hearing, and sentencing by a district court judge.

This motion is being filed in order to get the case back on the court's calendar, and to resolve the matter as soon as possible.  Mr. Wonnell requested that no hearings be scheduled between March 17-20, 2006, because he will be

//


//

outside the District.

Respectfully Submitted this 13th day of March, 2006.

DEBORAH SMITH
Acting United States Attorney


s/ Audrey J. Renschen
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: audrey.renschen@usdoj.gov


**Certificate of Service**
I declare under penalty of perjury that a true and
correct copy of the foregoing was electronically to
T. Burke Wonnell on March 13, 2006.


 s/ Audrey J. Renschen
Office of the U.S. Attorney