IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:01-cr-00078-JWS |
| | ) | |
| Plaintiff, | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION TO** |
| | ) | **CALENDAR** |
| | ) | **EVIDENTIARY AND** |
| PATRICK CREEDEN, | ) | **DISPOSITION HEARING** |
| | ) | **FOR PETITION TO** |
| Defendant, | ) | **REVOKE SUPERVISED** |
| | ) | **RELEASE** |

Upon consideration of the motion to calendar an evidentiary and disposition hearing for the defendant's outstanding petition to revoke supervised release, submitted by the office of the United States Attorney, IT IS HEREBY ORDERED that the motion is GRANTED.

The court orders the matter to be calendared for an evidentiary/disposition hearing before the Honorable John W. Sedwick on **March 28, 2006**, at **10:00 AM.**

Dated: 3/23/06

/s/
JOHN W. SEDWICK
U.S. District Court Judge