UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>PATRICK CREEDON | **2nd AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed 08/3/2001)<br>Case Number: 3:01-cr-00078-JWS<br>THOMAS BURKE WONNELL<br>Defendant's Attorney |

Defendant's probation officer filed a petition on 11/07/2005 accusing defendant of 4 violations of the conditions of supervision provided in the original judgment. Defendant ADMITTED allegations 1, 2, and 3 of the Petition to Revoke Supervised Release. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Did not submit a report | 09/2005 | C |
| 2 | Standard | Did not submit a report | 10/2005 | C |
| 3 | Standard | Did not submit a report | 11/2005 | C |

The court finds that the following accusations are not proved: 4.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through 2 of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

March 28, 2006
Date of Disposition Hearing

**REDACTED SIGNATURE**

Signature of Judicial Officer
JOHN W. SEDWICK, U.S. DISTRICT JUDGE
Name & Title of Judicial Officer

3-29-06
Date

AO245.REV

Defendant: PATRICK CREEDON                2ndAmended Judgment--Page 2 of 2
Case No.:   3:01-cr-00078-JWS

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE/PROBATION

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of  4 months                .

[_]  The court makes the following recommendations to the Bureau of
     Prisons:


[X]  The defendant is remanded to the custody of the United States Marshal.
[_]  The defendant shall surrender to the United States Marshal for this
     district,
                            a.m.
     [_]  at _____ p.m. on _____.
[_]  The defendant shall surrender for service of sentence at the
     institution designated by the Bureau of Prisons,
     [_]  before 2 p.m. on _____.
     [_]  as notified by the United States Marshal.
     [_]  as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____
_____
_____
_____


Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.


                                    _____
                                    United States Marshal

                                    By _____
                                       Deputy Marshal


AO245.REV